

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Anthony R. Gardner, Jr.

Case No.: 17-35287

Chapter: 7

Judge: Christine M Gravelle

# ORDER RESPECTING
# AMENDMENT TO SCHEDULE D, E/F, F, G, H
# OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: 2/15/2018

CHRISTINE M GRAVELLE/vpm
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule __D,E/F__ or to the List of Creditors on __2/12/2018__, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* __7__ *Bankruptcy Case,* and

2. In a Chapter 11 case:
    a) a copy of the last modified plan and disclosure statement, if any, and
    b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
    a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
    b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony R. Gardner,, Jr.  
     Debtor

Case No. 17-35287-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 15, 2018  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.  
db          Anthony R. Gardner,, Jr.,    100 Chester Cir,    Apt 2B,    New Brunswick, NJ   08901-5525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:  
             Daniel E Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com  
             Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
              dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
             Edward Nathan Vaisman    on behalf of Debtor Anthony R. Gardner,, Jr. defensecounsel@optonline.net,  
              G20495@notify.cincompass.com  
             John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., an assignee of Fifth  
              Third Bank ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
             Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
              rsolarz@kmllawgroup.com  
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                     TOTAL: 6