**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anthony R. Gardner, Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6658<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–35287–CMG | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anthony R. Gardner, Jr.

3/23/18                                                                 **By the court:**   Christine M. Gravelle
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

```
United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-35287-CMG
Anthony R. Gardner,, Jr.                                        Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin            Page 1 of 2           Date Rcvd: Mar 23, 2018
                              Form ID: 318           Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
db             #Anthony R. Gardner,, Jr.,    100 Chester Cir,    Apt 2B,    New Brunswick, NJ  08901-5525
517232931       Comenitycap/boscovs,    PO Box 182120,    Columbus, OH  43218-2120
517232932       Comenitycap/overstock,    PO Box 182120,    Columbus, OH  43218-2120
517232938       Fnb Omaha,    PO Box 3412,    Omaha, NE  68103-0412
517232942      +Rickart Coll Systems,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
517334979       Rutgers Federal Credit Union,    100 College Ave.,    New Brunswick, NJ  08901-1438
517232940       nj ezpass,    375 McCarter Hwy,    Newark, NJ  07114-2562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QDESTRAFFI.COM Mar 24 2018 02:03:00      Daniel E Straffi,    Straffi & Straffi, LLC,
                 670 Common Way,    Toms River, NJ 08755-6431
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2018 22:14:36      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2018 22:14:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: DRIV.COM Mar 24 2018 02:04:00      Santander Consumer USA Inc., an assignee of Fifth,
                 P.O. Box 961245,    Ft. Worth, TX 76161-0244
517232928       EDI: TSYS2.COM Mar 24 2018 02:03:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE  19899-8803
517232929       EDI: CAPITALONE.COM Mar 24 2018 02:04:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA  23238-1119
517232930       EDI: CHASE.COM Mar 24 2018 02:04:00      Chase Card,    PO Box 15298,
                 Wilmington, DE  19850-5298
517232933       EDI: CRFRSTNA.COM Mar 24 2018 02:03:00      Credit First N A,    PO Box 81315,
                 Cleveland, OH  44181-0315
517232934       EDI: RCSFNBMARIN.COM Mar 24 2018 02:04:00      Credit One Bank NA,    PO Box 98875,
                 Las Vegas, NV  89193-8875
517232935       EDI: NAVIENTFKASMDOE.COM Mar 24 2018 02:04:00       Dept of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA  18773-9635
517232936       EDI: DISCOVER.COM Mar 24 2018 02:04:00      Discover Fin Svcs LLC,    PO Box 15316,
                 Wilmington, DE  19850-5316
517232939       EDI: PHINGENESIS Mar 24 2018 02:04:00      Gbs/First Electronic B,    PO Box 4499,
                 Beaverton, OR  97076-4499
517232941       EDI: AGFINANCE.COM Mar 24 2018 02:03:00      Onemain,    PO Box 1010,
                 Evansville, IN  47706-1010
517232943       EDI: DRIV.COM Mar 24 2018 02:04:00      Santander Consumer USA,    PO Box 961245,
                 Fort Worth, TX  76161-0244
517232946       EDI: RMSC.COM Mar 24 2018 02:04:00      Syncb/Care Credit,    C/o,    PO Box 965036,
                 Orlando, FL  32896-5036
517232949       EDI: RMSC.COM Mar 24 2018 02:04:00      Syncb/Walmart,    PO Box 965024,
                 Orlando, FL  32896-5024
517232944       EDI: RMSC.COM Mar 24 2018 02:04:00      Syncb/amazon,    PO Box 965015,    Orlando, FL  32896-5015
517232945       EDI: RMSC.COM Mar 24 2018 02:04:00      Syncb/ashley Homestore,    950 Forrer Blvd,
                 Kettering, OH  45420-1469
517232947       EDI: RMSC.COM Mar 24 2018 02:04:00      Syncb/paypal Extras Mc,    PO Box 965005,
                 Orlando, FL  32896-5005
517232948       EDI: RMSC.COM Mar 24 2018 02:04:00      Syncb/phillips 66,    4125 Windward Plz,
                 Alpharetta, GA  30005-8738
517233650      +EDI: RMSC.COM Mar 24 2018 02:04:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517232951       EDI: TFSR.COM Mar 24 2018 02:03:00      Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ  07054-4522
517232950       EDI: WTRRNBANK.COM Mar 24 2018 02:04:00      Td Bank USA/Targetcred,    PO Box 673,
                 Minneapolis, MN  55440-0673
517232927       E-mail/Text: bk@avant.com Mar 23 2018 22:14:50      avant inc,    222 N La Salle St Ste 1700,
                 Chicago, IL  60601-1101
517232937       EDI: DCI.COM Mar 24 2018 02:04:00      diversified consultants inc,    PO Box 551268,
                 Jacksonville, FL  32255-1268
                                                                                              TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517334978       Atlantic City Electric
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Mar 23, 2018
                              Form ID: 318             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
              Daniel E Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Edward Nathan Vaisman    on behalf of Debtor Anthony R. Gardner,, Jr. defensecounsel@optonline.net,
               G20495@notify.cincompass.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc., an assignee of Fifth
               Third Bank ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```